RICHARD G. BERFORD, Appellant, *v.* WILLIAM L. WETMORE
et al., Impleaded, etc., Respondents.

(Submitted January 27, 1890; decided February 25, 1890.)

APPEAL from an order of the General Term of the Superior
Court of the city of New York, made April 19, 1889, which
affirmed an order of Special Term vacating an order for service
of summons without the state.

*Roger M. Sherman* for appellant.

*Barlow & Wetmore* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

———————

JOSEPH TAYLOR, Appellant, *v.* CHARLES HALL, Respondent.

(Argued January 27, 1890; decided February 25, 1890.)

APPEAL from order of the General Term of the Supreme
Court in the fourth judicial department, made November 13,
1888, which reversed an order of Special Term denying a
motion to set aside an execution and granted said motion.

*Willam H. Gilman* for appellant.

*D. C. Barnum* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.